Opinion issued August 3, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00783-CV

————————————

## IN RE 610 BUFFALO CROSSING, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator 610 Buffalo Crossing, LLC has filed petition for writ of mandamus seeking an order directing the trial court to vacate its June 5, 2026 order, to vacate a July 8, 2026 order setting trial, and to take no further action in the underlying case.[1]

---

[1]    The underlying case is *610 Buffalo Crossing, LLC v. Neptune Contractors, LLC and Haskin Marketing, LLC*, cause number 1263857, pending in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding.

We deny mandamus relief.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.